**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:12-cr-298-JCM-VCF |
| ANDRONICO SALAZAR-LEZAMA, ) | |
| Defendant. ) | **ORDER** |

On October 23, 2013, Dustin R. Marcello, Esq. filed a "Motion to Withdraw as Attorney of Record" (#35).  Therefore, with good cause appearing;

IT IS HEREBY ORDERED that the "Motion to Withdraw as Attorney of Record" (#35) is granted.

IT IS FURTHER ORDERED that Michael P. Kimbrell, Esq. is appointed as counsel for Andronico Salazar-Lezama in place of Dustin R. Marcello, Esq. for all further proceedings.

IT IS FURTHER ORDERED that Mr. Marcello shall forward the file to Mr. Kimbrell forthwith.

DATED this __20th__ day of November, 2013.

Nunc Pro Tunc Date: November 19, 2013.

_____
CAM FERENBACH
United States Magistrate Judge