# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ANDRONIO SALAZAR-LEZAMA, )<br>)<br>Defendant. )<br>_____) | Case No.: 2:12-cr-00298-JCM-VCF |

## ORDER FOR RELEASE OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 p.m. on May 16, 2018 to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If the exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on May 17, 2018.

**DATED** this __20th__ day of April, 2018.  _____
James C. Mahan, U.S. District Judge
United States District Court

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendant.
I authorize_____ to retrieve *Plaintiff's/Defendants'* exhibits.
                (name)                                    (circle one)

Dated:_____  _____
                                            Signature of counsel

Plaintiff's exhibits received by: _____ Date:_____
Defendant's exhibits received by: _____ Date:_____
Defendant's exhibits received by: _____ Date:_____